**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MAE DEAN ANDERSON**                                                                **PLAINTIFF**

**v.**                                        **5:06CV00225-WRW**

**WAL-MART STORES, INC.**                                                      **DEFENDANT**

## JUDGMENT

    Based on an Order entered this date granting Defendants' Motion for Summary

Judgment, this case is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED this 21st day of August, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE
